

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2021

No. 04-20-00478-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Albert **DAVILA,** Individually; Madeline Davila, Individually; and Albert Davila as Trustee of the Albert Peña Davila and Madeline Davila Living Trust,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03387
Honorable Aaron Haas, Judge Presiding

## O R D E R

Appellees' amended brief was due on February 18, 2021. *See* Tex. R. App. P. 38.6(b). Before the due date, Appellees filed an emergency motion to extend the amended brief due date to February 25, 2021, due to circumstances related to power and water outages in Bexar County. Appellees' motion is GRANTED. Appellees' brief is due on February 25, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court